## WALTER COOK v. STATE.

No. A-2803.    Opinion Filed January 15, 1919.

(177 Pac. 380.)

**KEEPING PLACE FOR SALE OF INTOXICATING LIQUOR.** Syllabus the same as in No. A-2331, Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771.

*Appeal from District Court, Garfield County;*
*James B. Cullison, Judge.*

Walter Cook was convicted of keeping a place for the purpose and with the intention of selling intoxicating liquors, and he appeals. Reversed.

*H. J. Sturgis,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

GALBRAITH, Special Judge. The plaintiff in error was convicted of keeping a place with the intention and for the purpose of selling intoxicating liquors, and was sentenced to be confined in the penitentiary for one year and to pay a fine of $50, under section 4, c. 26, Sess. Laws 1913.

This case involves the same issues as the case of *Proctor v. State, ante,* p. 338, 176 Pac. 771, decided this term, and is controlled thereby. For the reasons set out in that opinion, judgment appealed from is reversed.

DOYLE, P. J., and ARMSTRONG, J., concur.